1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ORTIZ, individually and on behalf of all others similarly situated, | CASE NO. 07cv0682-LAB (CAB) |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION** |
| vs. | [Dkt No. 15] |
| KRAFT FOODS COMPANY, a Delaware corporation, | |
| Defendants. | |

The parties jointly stipulate and request an extension of time for the briefing and hearing of Defendant's Motion To Dismiss, presently scheduled to be heard July 30, 2007. For good cause shown, the Motion is **GRANTED**. **IT IS HEREBY ORDERED**: the hearing is continued to *September 24, 2007 at 10:30 a.m.*; Plaintiff shall file her Opposition on or before July 30, 2007; and Defendant shall file its Reply on or before August 13, 2007.

**IT IS SO ORDERED**.

DATED: June 20, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv0682