# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ORTIZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KRAFT FOODS COMPANY, a Delaware corporation,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07cv0682-LAB (CAB)<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS COMPLAINT**<br><br>[Dkt No. 13] |

On July 30, 2007, the deadline for the filing of an Opposition to defendant's pending Motion To Dismiss Complaint (Dkt No. 13), plaintiff Terri Ortiz instead filed a First Amended Complaint. The Ninth Circuit allows a plaintiff to amend the Complaint once as a matter of right even after a motion to dismiss has been filed (or even granted), as long as the action has not been dismissed and the amended complaint is otherwise timely. Doe v. United States, 58 F.3d 494, 496-97 (9th Cir. 1995), *citing* Schreiber Distributing v. Serv-Well Furniture Co., 806 F.2d 1393, 1401 (9th Cir. 1986) ("a motion to dismiss is not a 'responsive pleading' within the meaning of [Fed. R. Civ. P. 15(a)]") (citation omitted). "Neither the filing nor granting of such a motion before answer terminates the right to amend. . . ." Schreiber Distributing, 806 F.2d at 1401 (citation omitted). Accordingly, defendant's Motion To Dismiss is **DENIED AS MOOT**.

　　**IT IS SO ORDERED**.

DATED: August 9, 2007

　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　United States District Judge